IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARTY INGRAM,

      Appellant,

v.

MARY PETERS INGRAM,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3673

Opinion filed February 5, 2015.

An appeal from the Circuit Court for Jackson County.
Shonna Y. Gay, Judge.

Aaron N. Bauldree of Aaron N. Bauldree, P.A., Tallahassee, for Appellant.

Russell S. Roberts of Roberts, Roberts & Roberts, Marianna, for Appellee.


PER CURIAM.

      AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.